IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANA ABERNATHY DUNN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:20-cv-489-JTA ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | )    (WO) ) ) |
| Defendant. | ) ) |

# FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, it is

ORDERED AND ADJUDGED that the decision of the Commissioner is hereby AFFIRMED and that this case is DISMISSED with prejudice. It is further

ORDERED that costs be and are hereby taxed against the plaintiff for which execution may issue.

The Clerk of the Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 15th day of March, 2022.

*/s/ Jerusha T. Adams*
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE